IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGIA RAMSEY, on behalf of
herself and all others similarly situated                    PLAINTIFF

v.                          No. 4:16-cv-43-DPM

LINCOLN NATIONAL LIFE
INSURANCE COMPANY                                           DEFENDANT

## ORDER

Ramsey's motion, № 10, is granted. FED. R. CIV. P. 41(a)(2). Lincoln National's motion, № 5, is denied without prejudice as moot. Apology on the overlooked deadline noted and appreciated. We all get busy and miss things.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 March 2016