IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGIA RAMSEY, on behalf of
herself and all others similarly situated                              PLAINTIFF

v.                         No. 4:16-cv-43-DPM

LINCOLN NATIONAL LIFE
INSURANCE COMPANY                                                      DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice as to Ramsey, and without prejudice as to the putative class.

_____
D.P. Marshall Jr.
United States District Judge

16 March 2016